UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION 2004 MAY -4 A 11: 31

LOUIS RUBINSTEIN,

Plaintiff,

vs.                                            Case No. 3:04-cv-71-J-99MCR

WINN-DIXIE STORES, INC., FRANK
LAZARAN, ALLEN R. ROWLAND, RICHARD
P. McCOOK,

Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Consent Motion to File Reply Memorandum in Further Support of the National Asbestos Workers Pension Fund's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Doc. 18) filed April 28, 2004.

After due consideration, it is

**ORDERED**:

1.     The Consent Motion to File Reply Memorandum in Further Support of the National Asbestos Workers Pension Fund's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Doc. 18) is **GRANTED**.

2.     The Clerk is directed to file the Reply Memorandum located as Exhibit A to the instant Motion (Doc. 18).

-1-

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 3rd day of

May, 2004.

**MONTE C. RICHARDSON**
United States Magistrate Judge

Copies to:

Counsel of Record
Any Unrepresented Party

F I L E   C O P Y

Date Printed: 05/04/2004

Notice sent to:

Kenneth Vianale, Esq.
Vianale & Vianale LLP
5355 Town Center Rd., Suite 801
Boca Raton, FL  33486

3:04-cv-00071    mgg

Julie Prag Vianale, Esq.
Vianale & Vianale LLP
5355 Town Center Rd., Suite 801
Boca Raton, FL  33486

3:04-cv-00071    mgg

Mel E. Lifshitz, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor
New York, NY  10016

3:04-cv-00071    mgg

Keith M. Fleischman, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor
New York, NY  10016

3:04-cv-00071    mgg

Rutledge Richardson Liles, Esq.
Liles, Gavin, Costantino & Murphy
225 Water St., Suite 1500
Jacksonville, FL  32202

3:04-cv-00071    mgg

Robert Bruce George, Esq.
Liles, Gavin, Costantino & Murphy
225 Water St., Suite 1500
Jacksonville, FL  32202

3:04-cv-00071    mgg

M. Robert Thornton, Esq.
King & Spalding
191 Peachtree St., N.E.
Atlanta, GA  30345-1763

3:04-cv-00071    mgg

Michael R. Smith, Esq.

King & Spalding
191 Peachtree St., N.E.
Atlanta, GA  30345-1763

3:04-cv-00071   mgg

Benjamin Lee, Esq.
King & Spalding
191 Peachtree St., N.E.
Atlanta, GA  30345-1763

3:04-cv-00071   mgg

Jason R. Edgecombe, Esq.
King & Spalding LLP
191 Peachtree St., Suite 4900
Atlanta, GA  30303-1763

3:04-cv-00071   mgg

Joseph H. Weiss, Esq.
Weiss & Yourman
551 Fifth Ave.
Suite 1600
New York, NY  10176

3:04-cv-00071   mgg

Moshe Balsam, Esq.
Weiss & Yourman
551 Fifth Ave.
Suite 1600
New York, NY  10176

3:04-cv-00071   mgg

Maya Saxena, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach
5355 Town Center Rd., Suite 900
Boca Raton, FL  33486

3:04-cv-00071   mgg

R. Timothy Vannatta, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach
5355 Town Center Rd., Suite 900
Boca Raton, FL  33486

3:04-cv-00071   mgg

Joseph E. White III, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach
5355 Town Center Rd., Suite 900
Boca Raton, FL  33486

3:04-cv-00071   mgg

Patrick Coughlin, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
100 Pine St., 26th Floor

San Francisco, CA  94111

3:04-cv-00071    mgg

William S. Lerach, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
401 B St., Suite 1700
San Diego, CA  92101

3:04-cv-00071    mgg

Darren J. Robbins, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
401 B St., Suite 1700
San Diego, CA  92101

3:04-cv-00071    mgg

Paul J. Geller, Esq.
Cauley, Geller, Bowman & Rudman, LLP
197 S. Federal Hwy., Suite 200
Boca Raton, FL  33432

3:04-cv-00071    mgg

Jonathan M. Stein, Esq.
Cauley, Geller, Bowman & Rudman, LLP
197 S. Federal Hwy., Suite 200
Boca Raton, FL  33432

3:04-cv-00071    mgg

Jack E. Reise, Esq.
Cauley, Geller, Bowman & Rudman, LLP
197 S. Federal Hwy., Suite 200
Boca Raton, FL  33432

3:04-cv-00071    mgg

Andrew L. Barroway, Esq.
Schiffrin & Barroway, LLC
Three Bala Plaza E., Suite 400
Bala Cynwyd, PA  19004

3:04-cv-00071    mgg

Stuart L. Berman, Esq.
Schiffrin & Barroway, LLC
Three Bala Plaza E., Suite 400
Bala Cynwyd, PA  19004

3:04-cv-00071    mgg

Darren J. Check, Esq.
Schiffrin & Barroway, LLC
Three Bala Plaza E., Suite 400
Bala Cynwyd, PA  19004

3:04-cv-00071    mgg