UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC.
SECURITIES LITIGATION            Case No. 3:04-cv-71-J-99MCR
_____ /     SECURITIES Civil Actions

## ORDER

On April 5, 2005, this Court entered an Order (Doc. No. 46) notifying the parties of its intent to enter an Order staying absent any objection filed within eleven days of the Order. In view of the fact that no objections have been filed in this SECURITIES Litigation Case No. 3:04-cv-71-J-99MCR, it is

**ORDERED AND ADJUDGED** that:

(1) All parties, issues, discovery and causes of action that are a part of the SECURITIES Litigation Case No. 3:04-cv-71-J-99MCR are **STAYED** from this day forward while Winn-Dixie's Bankruptcy case remains pending; and

(2) Winn-Dixie Stores, Inc. shall file a status report with this Court in this SECURITIES Litigation Case No. 3:04-cv-71-J-99MCR regarding the bankruptcy proceedings every 120 days.

**DONE AND ENTERED** at Jacksonville, Florida this _10th_ day of May, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Lauren Antonio, Esq.
Moshe Balsam, Esq.
Andrew L. Barroway, Esq.
Eric J. Belfi, Esq.
Stuart L. Berman, Esq.
Jules Brody, Esq.

Darren J. Check, Esq.
Martin D. Chitwood, Esq.
William A. Clineburg, Jr., Esq.
Patrick J. Coughlin, Esq.
Jason R. Edgecombe, Esq.
Kenneth A. Elan, Esq.

Nadeem Faruqi, Esq.
William B. Federman, Esq.
Brian M. Felgoise, Esq
David B. Ferebee, Esq.
Keith M. Fleischman, Esq.
Jack G. Fruchter, Esq.

Paul J. Geller, Esq.
Robert Bruce George, Esq.
Michael Goldberg, Esq
Robert I. Harwood, Esq.
Marc S. Henzel, Esq.
John D. Herschberger, Esq.
Christopher S. Hinton, Esq.
Christopher S. Jones, Esq.

cc. cont'd:

Benjamin Lee, Esq.
William S. Lerach, Esq.
Mel E. Lifshitz, Esq.
Rutledge R. Liles, Esq.
Richard A. Maniskas, Esq.
Brian O. Murray, Esq.
Gregory Mark Nespole, Esq.

Laurence D. Paskowitz, Esq.
Charles J. Piven, Esq.
Christopher S. Polaszek, Esq.

Andrei Rado, Esq.
Jack Reise, Esq.
Darren J. Robbins, Esq.
Samuel K. Rosen, Esq.
David A. Rosenfield, Esq.
Dana B. Rubin, Esq.
Samuel H. Rudman, Esq.

Maya Saxena, Esq.
Steven G. Schulman, Esq.
Michael R. Smith, Esq.
Jonathan M. Stein, Esq.
Marc A. Topaz, Esq

Tara B. Van Rooy, Esq.
R. Timothy Vannatta, Esq.
Julie Prag Vianale, Esq.
Kenneth J. Vianale, Esq.
Timothy W. Volpe, Esq.
Anthony Vozzolo, Esq.
Joseph H. Weiss, Esq.
Joseph E. White, III., Esq.
Leslie A. Wickes, Esq.
Alfred G. Yates, Jr., Esq.

Garry Randolph, Courtroom Deputy


* If you would like your name removed from this list, please inform the Clerk's Office