UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: WINN-DIXIE STORES, INC.
SECURITIES LITIGATION


NATIONAL ASBESTOS WORKERS PENSION
FUND, LOUIS RUBINSTEIN, ROBERT
GARFIELD, THOMAS NUNZIATA, FRIENDS
OF ARIEL CENTER FOR POLICY
RESEARCH, DAVID ROSENBERG, EVA
CHANGE and HSING MAN TSAI, WARREN
WECHSLER, BRIAN MALVAN, NILE SMITH,
and EDWARD P. WORRY, on behalf of
themselves and all others similarly situated,

      Plaintiff,

vs.                                         Case No.  3:04-cv-71-J-33MCR

WINN-DIXIE STORES, INC., FRANK
LAZARAN, ALLEN R. ROWLAND, RICHARD
P. McCOOK,

      Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Substitution of Counsel (Doc. 57) filed June 20, 2006.  In the Notice, counsel for the National Asbestos Workers Pension Fund requests that attorneys May Saxena and Joseph E. White III be substituted for the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss").

Local Rule 2.03(b), United States District Court, Middle District of Florida provides as follows:

> No attorney, having made a general appearance[,] . . . shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel.

While the Notice seeks to terminate the law firm of Milberg Weiss, the notice does not comply with Local Rule 2.03(b).  Moreover, this request should have been brought in the form of a motion.  See Rule 7(b), Federal Rules of Civil Procedure.

Accordingly, after due consideration, it is

**ORDERED**:

1. The Notice of Substitution of Counsel (Doc. 57) is **STRICKEN**, without prejudice to filing an appropriate motion in compliance with the Local Rules.

2. The Clerk of the Court is directed to remove the Notice from the official court record.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  21st  day of June, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record