UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC.
SECURITIES LITIGATION,
_______________________________/

Case No. 3:04-cv-71-J-33MCR
SECURITIES Civil Actions

**ORDER**

This cause comes before the Court pursuant to the Motion to Intervene, Motion to Enforce Consent Decree, and Motion for Change of Venue (the “Motion”) (Doc. # 115), which was filed by Jonathan Lee Riches, pro se.

The Motion, filed in this closed case, is completely frivolous and baseless. Among other things, Riches requests an order allowing him to intervene in this case. He states, “I have an interest with Winn-Dixie and this case. . . . Defendants violated the Lanham Act, Privacy Act, Trademark and Copyright laws, and are not providing me nutrients and groceries at FCI Williamsburg. I face imminent danger. I’m starving and hungry and commodity prices are going up.” (Doc. # 115 at 1).

Judgment in favor of Defendants in this securities case was entered on December 6, 2007 (Doc. # 114) after this Court granted Defendants’ Motion to Dismiss the Consolidated Complaint (Doc. ## 94, 113). There are no matters which remain to be adjudicated in this case. The case is closed, and it would be imprudent to reopen this matter to allow Riches to intervene on the insufficient basis alleged in the Motion. This is especially so because the entity

"Winn-Dixie" has long been dismissed from this case pursuant to its Chapter 11 Bankruptcy proceedings. (Doc. # 113 at 3, n. 2).

Riches' pleading is so impertinent that it stands to be stricken under Rule 12(f) of the Federal Rules of Civil Procedure, which states, "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." As the Motion is immaterial and impertinent in every regard, this Court strikes the Motion sua sponte.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Motion to Intervene, Motion to Enforce Consent Decree, and Motion for Change of Venue (Doc. # 115) is hereby **STRICKEN FROM THE RECORD.**

(2) The Clerk is directed to remove the Motion (Doc. # 115) from the record.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 15th day of July, 2008.

Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:
All parties of record
Jonathan Lee Riches
FCI Williamsburg
P.O. Box 340
Salters, South Carolina 29590